**Exhibit 1**





## Inmate Information

| | |
|---|---|
| Inmate Number: | 416274 |
| Inmate Name: | VASQUEZ-MARTINEZ,JESUS OM |
| Date of Birth: | 5/4/1984 |
| Latest Admission Date: | 7/9/2018 |
| Current Location: | NEW HAVEN CC |
| Status: | OTHER |
| Bond Amount: | 0 |
| Controlling Offense*: | FEDERAL OFFENSE |
| Date of Sentence: | 10/31/2018 |
| Maximum Sentence: | 1 Year(s) 0 Month(s) 0 Day(s) |
| Maximum Release Date: | 6/12/2019 |
| Estimated Release Date: | Not Applicable |
| Special Parole End Date: | Not Applicable |
| Detainer: | NONE |
| **Register with Connecticut Statewide Automated Victim Information and Notification (CT SAVIN)** CT SAVIN is a free, confidential service that gives crime victims and members of the community information about an offender's case. | |

Due to possible changes in the application of Risk Reduction Earned Credits, release dates may be subject to change.

*The inmate may be serving time for additional offenses. You can check the judicial website.