JD-CR-71 LP REV. 7-05

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

DOB: 05/04/1984

Exhibit 2

| ORIGINAL INFORMATION: YES | COURT DATE: 07/09/2018 | AT: GA11 - DANIELSON | DISPOSITION DATE: OCT 31 2018 |
|---|---|---|---|
| | | | DOCKET NO.: W11D-CR18-0161905-S |

The undersigned Prosecuting Authority of the Superior Court of the State of Connecticut charges that

VAZQUEZ-MARTINEZ JESUS OMAR




COPY

14 CRYSTAL RD, NORTH WINDHAM, CT 06256

**Did commit the offenses recited below:**

Count: 1 POS CON SUBST OR>1/2 OZ CANBIS   Type/Class: M/A   At: WINDHAM
On or About: 04/24/2018   In Violation Of CGS/PA No: 21a-279(a)(1)

Count: 2 INTERFERE WITH OFFCR/RESISTING   Type/Class: M/A   At: WINDHAM
On or About: 04/24/2018   In Violation Of CGS/PA No: 53a-167a

Count: 3 FAILURE TO APPEAR 2ND DEG   Type/Class: M/A   At: KILLINGLY
On or About: 06/26/2018   In Violation Of CGS/PA No: 53a-173

SEE OTHER SHEETS FOR ADDITIONAL COUNTS

DATE | SIGNED (PROSECUTING AUTHORITY)

**COURT ACTION**

DEFENDANT ADVISED OF RIGHTS BEFORE PLEA
(JUDGE)   (DATE)
☐ ATTY.  ☐ PUB. DEFENDER   GUARDIAN

BOND: $5000   SURETY: ☐ CASH   REDUCTION   B.O.   APPEAL
ELECTION: ☐ COURT  ☒ JURY
ELECTION WITHDRAWN DATE   ☐ SEIZED PROPERTY

| COUNT NO. | PLEA DATE | PLEA | PLEA WITHDRAWN DATE / NEW PLEA | VERDICT FINDING | FINE | JAIL | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|
| 1 | AUG 28 2018 | NG | OCT 31 2018 A/G | G | | PRETRIAL DETENTION CREDITS | Uncond. Dischg |
| 2 | AUG 28 2018 | NG | OCT 31 2018 A/G | G | | | 1 year concurrent to CR15-331252-T |
| 3 | AUG 28 2018 | NG | OCT 31 2018 altered | G | | Pardon Notice Given | Uncond. Dischg |

| DATE | OTHER COURT ACTION | JUDGE | CONTINUANCES DATE | PURPOSE | REASON |
|---|---|---|---|---|---|
| 7/11/18 | PUB. DEF. GRANTED | Auger | 1. 7/11/18 P | | |
| | Delay- medical attention Mental Health attention | | 2. 8/28/18 P | | |
| | | | 3. 9/9/18 X | | |
| 7-12-18 | appearance filed | | 4. 10/25/18 X | | |
| | waives 180 days | Auger | 5. 10/31/18 X | | |
| OCT 31 2018 | DEFENDANT ADVISED OF IMMIGRATION CONSEQUENCE OF PLEA COURT FINDS ACCUSED UNDERSTANDS CHARGE AND RIGHTS AND PLEADED VOLUNTARILY  ₰ Restitution Ordered CFW | | 6. | | |
| | | | 7. | | |
| | | | 8. | | |
| | | | 9. | | |
| | | | 10. | | |

FINE PAID | RECEIPT NO. | MITTIMUS DATE | TRIAL TOWN | ☐ SEE REVERSE SIDE

PROSECUTOR ON ORIGINAL DISPOSITION: Bentley
REPORTER ON ORIGINAL DISPOSITION: Cantere
SIGNED CLERK: Charlene
SIGNED JUDGE: COPY

# MITTIMUS — STATE OF CONNECTICUT SUPERIOR COURT

JD-CR-38 Rev. 1-15
C.G.S. §§ 18-63, 18-65, 18-65a, 18-73, 18-76, 18-82, 54-2a, 54-64b, 54-92a, 54-96b, 54-97, 54-98
P.B. §§ 43-17 to 43-20, 44-10, 44-10A

**COPY** — **REVISED**

www.jud.ct.gov

INSTRUCTIONS TO CLERK
Prepare a separate Mittimus for each file.

TO OFFICER
Original to receiving facility; return copy to court.

[X] Judgment   [ ] Continuance
[ ] Failure to meet conditions of release under § 54-2a

**TO: Any Proper Officer**

| Field | Value |
|---|---|
| Docket number | W11D CR18 0161905 S |
| Name of defendant | Jesus Omar Vasquez-Martinez |
| Date of birth | 05/04/1984 |
| Date of disposition | 10/31/2018 |
| Date sentence to begin (If different) | |
| Name and location of receiving facility | Commissioner of Corrections |
| Inmate number (If available) | |
| Name and location of Court | 120 School Street Danielson, CT 06239 |

[X] Crime(s) Convicted   [ ] Crime(s) Charged

| Count | Statute number | Date of offense |
|---|---|---|
| 1st | 53a-167a | 04/24/2018 |
| 2nd | | |
| 3rd | | |
| 4th | | |
| 5th | | |
| 6th | | |

Whereas by a judgment of said court, said defendant was convicted of the above crime(s) and sentenced to imprisonment as follows:

**Counts and Terms** (If execution of portion of sentence is suspended, show only time to be served.)

| First | Second | Third | Fourth | Fifth | Sixth | Total Effective Sentence |
|---|---|---|---|---|---|---|
| 1 year | | | | | | 1 year |

Specify here any pertinent conditions, if sentences are consecutive and if probation was ordered.

**The Total Effective Sentence is 1 year. This sentence shall run concurrently with the sentence in W11D CR15 0331252 T.**

**Pretrial Detention Credit is awarded.**

(If a person under the age of 21 receives a reformatory sentence in accordance with section 18-65a or 18-73 of the General Statutes, in no event shall the term be longer than either the maximum term of imprisonment for the crime(s) committed or for a term of more than five (5) years.)

[ ] And said defendant pay to the State of Connecticut the amount of fines now unpaid as shown below and be committed to the above facility in default of payment of said fines. (A defendant may not be incarcerated for failing to pay fees or costs.)

**Counts and Fines** (Show only unpaid portion of fines)

| First | Second | Third | Fourth | Fifth | Sixth | Total Unpaid Balance |
|---|---|---|---|---|---|---|
| | | | | | | |

[X] The Defendant is entitled to sentence credit of **See above note**

[ ] The foregoing credit includes _____ days of credit for pretrial confinement at a police or courthouse lockup.

Whereas it is ordered that said case be continued and/or transferred for future proceedings before said court.

[ ] Defendant to appear by interactive audiovisual device. (As permitted by Practice Book §§ 44-10 and 44-10A.)

To be held at (Name and address of court): 
[ ] Judicial District   [ ] Geographical Area
On (Date):    Surety bond amount:

**Order:** BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to deliver said defendant to the custody of the Commissioner of Correction and/or the Warden or Administrator at the above facility and said Commissioner and/or Warden or Administrator is hereby commanded to receive and keep said defendant for the period fixed by said order or judgment of the court or until legally discharged, provided that when a defendant has been sentenced to a term of imprisonment and ordered to pay a fine, if the fine has not been paid by the time the sentence has been served, the defendant may not continue to be incarcerated unless the judicial authority has found that the defendant is able to pay the fine and that the defendant's nonpayment is wilful.

Signed (Assistant Clerk): [signature]   By Order of the Court   On (Date): 10/31/2018

Receiving facility time stamp: 

**Acknowledgment of Delivery of Defendant**

I delivered said defendant into the custody of the Commissioner of Correction and/or his agent and left this mittimus with him.

Name and location of receiving facility:
Title of delivering officer:   Signature of delivering officer:   Signature of receiving officer:

# MITTIMUS
JD-CR-38 Rev. 1-15
C.G.S. §§ 18-63, 18-65, 18-65a, 18-73, 18-76, 18-82, 54-2a, 54-64b, 54-92a, 54-96b, 54-97, 54-98
P.B. §§ 43-17 to 43-20, 44-10, 44-10A

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**INSTRUCTIONS TO CLERK**
Prepare a separate Mittimus for each file.
**TO OFFICER**
Original to receiving facility; return copy to court.

[X] Judgment   [ ] Continuance
[ ] Failure to meet conditions of release under § 54-2a

**TO:** Any Proper Officer

| Docket number | Name of defendant | Date of birth | Date of disposition |
|---|---|---|---|
| W11D CR18 0161905 S | Jesus Omar Vasquez-Martinez | 05/04/1984 | 10/30/2018 |

Date sentence to begin (If different): 

| Name and location of receiving facility | Inmate number (If available) | Name and location of Court |
|---|---|---|
| Commissioner of Corrections | | 120 School Street Danielson, CT 06239 |

[X] Crime(s) Convicted   [ ] Crime(s) Charged

| | 1st Count - Statute number | Date of offense | 2nd Count - Statute number | Date of offense |
|---|---|---|---|---|
| | 53a-167a | 04/24/2018 | | |
| | 3rd Count - Statute number | Date of offense | 4th Count - Statute number | Date of offense |
| | | | | |
| | 5th Count - Statute number | Date of offense | 6th Count - Statute number | Date of offense |
| | | | | |

Whereas by a judgment of said court, said defendant was convicted of the above crime(s) and sentenced to imprisonment as follows:

**Counts and Terms** (If execution of portion of sentence is suspended, show only time to be served.)

| First | Second | Third | Fourth | Fifth | Sixth | Total Effective Sentence |
|---|---|---|---|---|---|---|
| 1 year | | | | | | 1 year |

Specify here any pertinent conditions, if sentences are consecutive and if probation was ordered.
**The Total Effective Sentence is 1 year. This sentence shall run concurrently with the sentence in W11D CR15 0331252 T. Pretrial Detention Credit is awarded.**

(If a person under the age of 21 receives a reformatory sentence in accordance with section 18-65a or 18-73 of the General Statutes, in no event shall the term be longer than either the maximum term of imprisonment for the crime(s) committed or for a term of more than five (5) years.)

[ ] And said defendant pay to the State of Connecticut the amount of fines now unpaid as shown below and be committed to the above facility in default of payment of said fines. (A defendant may not be incarcerated for failing to pay fees or costs.)

**Counts and Fines** (Show only unpaid portion of fines)

| First | Second | Third | Fourth | Fifth | Sixth | Total Unpaid Balance |
|---|---|---|---|---|---|---|
| | | | | | | |

[X] The Defendant is entitled to sentence credit of **See Above Note**
[ ] The foregoing credit includes _____ days of credit for pretrial confinement at a police or courthouse lockup.

Whereas it is ordered that said case be continued and/or transferred for future proceedings before said court.
[ ] Defendant to appear by interactive audiovisual device. (As permitted by Practice Book §§ 44-10 and 44-10A.)

| To be held at (Name and address of court) | Judicial District / Geographical Area | On (Date) | Surety bond amount |
|---|---|---|---|
| | | | |

BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to deliver said defendant to the custody of the Commissioner of Correction and/or the Warden or Administrator at the above facility and said Commissioner and/or Warden or Administrator is hereby commanded to receive and keep said defendant for the period fixed by said order or judgment of the court or until legally discharged, provided that when a defendant has been sentenced to a term of imprisonment and ordered to pay a fine, if the fine has not been paid by the time the sentence has been served, the defendant may not continue to be incarcerated unless the judicial authority has found that the defendant is able to pay the fine and that the defendant's nonpayment is wilful.

Signed (Assistant Clerk): Mark Shea   By Order of the Court   On (Date): 10/30/2018

Receiving facility time stamp

**Acknowledgment of Delivery of Defendant**
I delivered said defendant into the custody of the Commissioner of Correction and/or his agent and left this mittimus with him.

Name and location of receiving facility:

Title of delivering officer:   Signature of delivering officer:   Signature of receiving officer:

| JD-CR-71 LP REV. 7-05 | | | | STATE OF CONNECTICUT<br>SUPERIOR COURT | | | | | DOB: 05/04/1984 | |
|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL INFORMATION:<br>YES | COURT DATE:<br>07/09/2018 | | AT:<br>GA11 - DANIELSON | | | COPY | | DISPOSITION DATE:<br>DOCKET NO.: W11D-CR18-0161905-S | | |

The undersigned Prosecuting Authority of the Superior Court of the State of Connecticut charges that

VAZQUEZ-MARTINEZ JESUS OMAR

14 CRYSTAL RD, NORTH WINDHAM, CT 06256

Did commit the offenses recited below:

Count: 1 POS CON SUBST OR>1/2 OZ CANBIS    Type/Class: M/A    At: WINDHAM
On or About: 04/24/2018    In Violation Of CGS/PA No: 21a-279(a)(1)

Count: 2 INTERFERE WITH OFFCR/RESISTING    Type/Class: M/A    At: WINDHAM
On or About: 04/24/2018    In Violation Of CGS/PA No: 53a-167a

Count: 3 FAILURE TO APPEAR 2ND DEG    Type/Class: M/A    At: KILLINGLY
On or About: 06/26/2018    In Violation Of CGS/PA No: 53a-173

SEE OTHER SHEETS FOR ADDITIONAL COUNTS

| DATE | SIGNED (PROSECUTING AUTHORITY) |
|---|---|
| | |

### COURT ACTION

| DEFENDANT ADVISED OF RIGHTS BEFORE PLEA | BOND | SURETY | | ELECTION | |
|---|---|---|---|---|---|
| (JUDGE)           (DATE) | $5000 C | ☐ CASH | | ☐ COURT | ☐ JURY |
| ☐ ATTY.  ☐ PUB. DEFENDER  GUARDIAN | REDUCTION | B.O. | APPEAL | ELECTION WITHDRAWN DATE | |
| | | | | ☐ | ☐ SEIZED PROPERTY |

| COUNT NO. | PLEA DATE | PLEA | PLEA WITHDRAWN DATE | NEW PLEA | VERDICT FINDING | FINE | JAIL | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |

| DATE | OTHER COURT ACTION | JUDGE | CONTINUANCES | | |
|---|---|---|---|---|---|
| | | | DATE | PURPOSE | REASON |
| JUL 09 2018 | PD M Ramia - Bond only<br>Bond remains as set @<br>5,000 cs | Doyle | 7.11.18 | GA#11<br>Danielson | |
| | Transferred to GA#11-Danielson<br>for 7.11.18 | | | | |
| | Mitti Detox<br>Medical Attention<br>Mental Health Attention | | | | |

| FINE PAID | RECEIPT NO. | MITTIMUS DATE | | TRIAL TOWN | |
|---|---|---|---|---|---|
| PROSECUTOR ON ORIGINAL DISPOSITION | REPORTER ON ORIGINAL DISPOSITION | SIGNED CLERK | | SIGNED JUDGE | ☐ SEE REVERSE SIDE |

| JD-CR-71 LP REV. 7-05 | | | STATE OF CONNECTICUT<br>SUPERIOR COURT | | | DOB: 05/04/1984 | |
|---|---|---|---|---|---|---|---|
| ORIGINAL INFORMATION: | COURT DATE: | AT: | | | | DISPOSITION DATE: | |
| YES | 05/08/2018 | GA11 - DANIELSON | | | | DOCKET NO.: W11D-CR18-0161905-S | |

The undersigned Prosecuting Authority of the Superior Court of the State of Connecticut charges that

VAZQUEZ-MARTINEZ JESUS OMAR        

14 CRYSTAL RD, NORTH WINDHAM, CT 06256

Did commit the offenses recited below:

Count: 1 POS CON SUBST OR>1/2 OZ CANBIS    Type/Class: M/A    At: WINDHAM
On or About: 04/24/2018    In Violation Of CGS/PA No: 21a-279(a)(1)

Count: 2 INTERFERE WITH OFFCR/RESISTING    Type/Class: M/A    At: WINDHAM
On or About: 04/24/2018    In Violation Of CGS/PA No: 53a-167a

SEE OTHER SHEETS FOR ADDITIONAL COUNTS

DATE: 
SIGNED (PROSECUTING AUTHORITY):

**COURT ACTION**

DEFENDANT ADVISED OF RIGHTS BEFORE PLEA (JUDGE) (DATE)
BOND: $7500    SURETY: NSB    CASH ☐    ELECTION: COURT ☐  JURY ☐
☐ ATTY.   ☐ PUB. DEFENDER   GUARDIAN       REDUCTION    B.O.    APPEAL    ELECTION WITHDRAWN DATE ☐    SEIZED PROPERTY ☐

| COUNT NO. | PLEA DATE | PLEA | PLEA WITHDRAWN DATE | NEW PLEA | VERDICT FINDING | FINE | JAIL | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |

| DATE | OTHER COURT ACTION | JUDGE | CONTINUANCES |
|---|---|---|---|
| JUN 2 6 2018 | R@$5000JS@3.14PM | Auger | 1. 6/5/18 P |
| 6-27-18 | Rearrest signed | | 2. 6/26/18 P L |

FINE PAID    RECEIPT NO.    MITTIMUS DATE    TRIAL TOWN    ☐ SEE REVERSE SIDE
PROSECUTOR ON ORIGINAL DISPOSITION    REPORTER ON ORIGINAL DISPOSITION    SIGNED CLERK    SIGNED JUDGE