**STATE OF CONNECTICUT**
**SUPERIOR COURT**

DOB: 05/08/1984
DISPOSITION DATE:
DOCKET NO.: K10K-CR15-0331252-S

ORIGINAL INFORMATION: **YES**
COURT DATE: 08/11/2016
AT: GA10 - NEW LONDON

**Exhibit 3**

The undersigned Prosecuting Authority of the Superior Court of the State of Connecticut charges that

**VASQUEZ-MARTINEZ JESUS OMAR**

4 EAST BALTIC ST APT K, NORWICH, CT 06360

Did commit the offenses recited below:

**Count: 1 LARCENY 6TH DEG**   Type/Class: M/C   At: MASHANTUCKET
On or About: 09/14/2015   In Violation Of CGS/PA No: 53a-125b

**Count: 2 FAILURE TO APPEAR 2ND DEG**   Type/Class: M/A   At: NEW LONDON
On or About: 01/26/2016   In Violation Of CGS/PA No: 53a-173

**Count: 3 FAILURE TO APPEAR 2ND DEG**   Type/Class: M/A   At: NEW LONDON
On or About: 07/25/2016   In Violation Of CGS/PA No: 53a-173

SEE OTHER SHEETS FOR ADDITIONAL COUNTS

**COURT ACTION**

DEFENDANT ADVISED OF RIGHTS BEFORE PLEA
BOND: $100
SURETY: [ ] CASH
ELECTION: [ ] COURT  [ ] JURY
[ ] ATTY. [ ] PUB. DEFENDER   GUARDIAN
REDUCTION   B.O.   APPEAL
ELECTION WITHDRAWN DATE
[ ] SEIZED PROPERTY

| COUNT NO. | PLEA DATE | PLEA | PLEA WITHDRAWN DATE | NEW PLEA | VERDICT FINDING | FINE | JAIL | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| 1 | 11/03/15 AUG 11 2016 | NG | | | | | | |
| 2 | AUG 11 2016 | | | | | | | |
| 3 | AUG 11 2016 | | | | | | | |

| DATE | OTHER COURT ACTION | JUDGE | CONTINUANCES DATE | PURPOSE | REASON |
|---|---|---|---|---|---|
| 8/11/16 | RA served | | 1. 9/17/16 X | | |
| AUG 11 2016 | Bond set @ $100 cash | Williams | 2. 9/21/16 X | | |
| | Public Defender Appt / Denied Wolf | | | | |
| SEP 21 2016 | Transfer to GA11, Danielson | McMahon | 3. 10-18-16 D | | |

FINE PAID | RECEIPT NO. | MITTIMUS DATE | TRIAL TOWN | [ ] SEE REVERSE SIDE
PROSECUTOR ON ORIGINAL DISPOSITION | REPORTER ON ORIGINAL DISPOSITION | SIGNED CLERK | SIGNED JUDGE

**PRAWN ARREST WARRANT AND APPLICATION**  
JD-CR-67 New 8-03 C.G.S. 54-1h, 54-2a Pr. Bk. 38-21(PRAWN V 4.0)

STATE OF CONNECTICUT  
**SUPERIOR COURT**

p. 1 of 1

NOTICE: The following is a printout of data from the paperless arrest warrant network's central computer system. In accordance with C.G.S. 54-2a(e), any person named in a warrant may be arrested based on the existence of the warrant in the computer system and shall, upon any such arrest, be given a copy of the warrant. The names that appear in the signature blocks are the names that appear on the original warrant.

| DOCKET NO. | U.A.R./SUMMONS/TICKET NO. | G.A. | HELD AT | | | DATE WARRANT ORDERED |
|---|---|---|---|---|---|---|
| K10K-CR15-0331252-S | 2128544 | 10 | 112 Broad Street   New London | | | 07/25/2016 |
| **NAME OF ACCUSED AND A.K.A.** | | DATE OF BIRTH | RACE | SEX | DATE OF ORIGINAL ARREST | P.D. CASE NO. |
| Vasquez-Martinez, Jesus, Omar | | 05/08/1984 | White | Male | 10/20/2015 | 15-408-AR |
| VAZQUEZ-MARTINEZ, OMAR | | | | | | |
| **LAST KNOWN ADDRESS OF ACCUSED** | | | **ARRESTING AGENCY NAME & CODE** | | | |
| 4 East Baltic St Apt K Norwich, Ct 06360 | | | MASHANTUCKET | | | |

The undersigned, being duly sworn, deposes and says:

1. The above-entitled Warrant/Summons/Ticket was served on the accused charging the commission of the following offenses, motor vehicle violation(s) or infraction(s), as more fully appears in said Warrant/Summons/Ticket, or any Substituted and/or Amended Information which is hereby incorporated by reference:

| STATUTE | DESCRIPTION | CLASS/TYPE |
|---|---|---|
| 53a-125b | LARCENY 6TH DEG | C/Misdemeanor |
| 53a-173 | FAILURE TO APPEAR 2ND DEG | A/Misdemeanor |

2. The said accused was directed to appear in the above-entitled court for proceedings in said case.
3. The accused failed to appear on 7/25/2016 when legally called according to the terms of his/her bail bond or promise to appear.
4. The court ordered that a warrant be issued for the arrest of the accused for failure to appear and set the following conditions for release:  
OTHER:  
AMOUNT OF BOND: $100  
TYPE OF BOND: Cash ONLY

5. As a result of paragraph #4 above, said accused, in addition to the underlying offenses set forth in paragraph #1, above, is now also charged with an additional count of: FAILURE TO APPEAR 2ND DEGREE/C.G.S. 53a-173

| SIGNED (Affiant) | DATE SIGNED | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) | SIGNED (Judge, Clerk, Comm. of Sup. Ct.) |
|---|---|---|---|
| Muckle Peggy | 07/26/2016 | | |

| **APPLICATION** | Based upon the foregoing, the undersigned prosecuting authority makes application for the issuance of a warrant for the arrest of the accused. | |
|---|---|---|
| | SIGNED (Deputy Assistant State's Attorney) | DATE SIGNED |
| | Lesko Steven M | 07/29/2016 |

| **FINDING AND WARRANT** | The foregoing affidavit and Application for an arrest warrant having been submitted to and considered by the undersigned, the undersigned finds from said affidavit that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.  
TO: Any proper officer of the State of Connecticut  
BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to arrest the body of the within-named accused and execute this warrant according to law. | |
|---|---|---|
| | SIGNED (A Judge of the Superior Court) | DATE SIGNED |
| | Williams Omar Antonio Hon | 07/29/2016 |

**RETURN ON ARREST WARRANT**

| STATE OF CONNECTICUT, COUNTY OF   New London   ss. New London | DATE OF SERVICE  8/11/16 |
|---|---|

Then and there, by virtue of the within and foregoing complaint and warrant, I arrested the body of the within-named accused and read the same in the hearing of the accused; and said accused was released pursuant to the court ordered conditions or is here in court for examination.

| ATTEST (Officer's signature and title, if applicable) | SHIELD NO.  628 | DEPARTMENT  NLPD |
|---|---|---|

**INSTRUCTIONS UPON EXECUTION AND RETURN:**  
Officer provides one copy to subject and returns one copy to clerk. CLERK ATTACHES COPY TO ORIGINAL WARRANT.

# RE-ARREST WARRANT AND APPLICATION
JD-CR-67 Rev. 2/09
C.G.S. §§ 54-1h, 54-2a, Pr. Bk. 38-21

**STATE OF CONNECTICUT
SUPERIOR COURT**

Instructions to Clerk: Obtain required signatures. Keep original in court file.

p. 1 of ___

| Docket number | U.A.R./Summons/Ticket number | G.A. | Held at | | | | Date warrant ordered |
|---|---|---|---|---|---|---|---|
| K10KCR150331252S | 02128544 | 10 | 112 BROAD STREET NEW LONDON | | | | 07/25/2016 |

| Name of accused and A.K.A. | Date of birth | Race | Sex | Date of original arrest | P.D. case number |
|---|---|---|---|---|---|
| VASQUEZ-MARTINEZ JESUS OMAR aka VAZ | 05/08/84 | C | M | 10/20/2015 | 15-408-AR |

| Last known address of accused | Arresting agency name and code |
|---|---|
| 4 EAST BALTIC ST APT K<br>NORWICH    CT    06360 | MASHANTUCKET PEQUOT TRIBAL POLICE |



The undersigned, being duly sworn, deposes and says:

1. The above-entitled Warrant/Summons/Ticket was served on the accused charging the commission of the following offenses, motor vehicle violation(s) or infraction(s), as more fully appears in said Warrant/Summons/Ticket, or any Substituted and/or Amended Information which is hereby incorporated by reference:

| Statute | Description | Class/Type | |
|---|---|---|---|
| 53a-125b | LARCENY 6TH DEG | C | M |
| 53a-173 | FAILURE TO APPEAR 2ND DEG | A | M |

2. The said accused was directed to appear in the above-entitled court for proceedings in said case.
3. The accused failed to appear on **07/25/2016** when legally called according to the terms of his/her bail bond or promise to appear.
4. The court ordered that a warrant be issued for the arrest of the accused for failure to appear and set the following conditions for release:
   Other:

   Amount of bond: $ **100**

   Type of bond: **Cash Bond Only**

5. As a result of paragraph #4 above, said accused, in addition to the underlying offenses set forth in paragraph #1 above, is now charged with an additional count of: **FAILURE TO APPEAR 2ND DEGREE/C.G.S. 53a-173**

Signed (Affiant) [signature]    Date signed 7/26/16    Subscribed and sworn to before me on (Date) 7/26/16    Signed (Judge, Clerk, Commissioner of the Superior Court) [signature]

**Application**

Based upon the foregoing, the undersigned prosecuting authority makes application for the issuance of a warrant for the arrest of the accused.

Signed (Deputy Assistant State's Attorney) [signature]    Name of Prosecutor (Print) CESKO    Date signed 7/29/16

**Finding and Warrant**

The foregoing affidavit and Application for an arrest warrant having been submitted to and considered by the undersigned, the undersigned finds from said affidavit that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the re-arrest of the above-named accused.

To: Any proper officer of the State of Connecticut

By authority of the State of Connecticut, you are hereby commanded to arrest the body of the within-named accused and execute this warrant according to law.

Signed (A Judge of the Superior Court) [signature]    Name of Judge (Print) WINKEL    Date signed 7/29/16

## Return on Arrest Warrant

State of Connecticut, county of _____ ss.    Date of service _____

Then and there, by virtue of the within and foregoing complaint and warrant, I arrested the body of the within-named accused and read the same in the hearing of the accused; and said accused was released pursuant to the court ordered conditions or is here in court for examination.

Attest (Officer's signature and title, if applicable) _____    Shield number _____    Department _____

Distribution:    Officer gives 1 copy to defendant and returns 2 copies to clerk. Clerk forwards 1 copy to prosecuting authority and keeps 1 copy in court file.



| ORIGINAL INFORMATION: | COURT DATE: | AT: | DISPOSITION DATE: |
|---|---|---|---|
| YES | 06/13/2016 | GA10 - NEW LONDON | DOCKET NO.: K10K-CR15-0331252-S |

The undersigned Prosecuting Authority of the Superior Court of the State of Connecticut charges that

VASQUEZ-MARTINEZ JESUS OMAR

 

4 EAST BALTIC ST APT K, NORWICH, CT 06360

**Did commit the offenses recited below:**

Count: 1 LARCENY 6TH DEG    Type/Class: M/C  At: MASHANTUCKET
On or About: 09/14/2015    In Violation Of CGS/PA No: 53a-125b

Count: 2 FAILURE TO APPEAR 2ND DEG    Type/Class: M/A  At: NEW LONDON
On or About: 01/26/2016    In Violation Of CGS/PA No: 53a-173

SEE OTHER SHEETS FOR ADDITIONAL COUNTS

| DATE | SIGNED (PROSECUTING AUTHORITY) |
|---|---|
| | |

## COURT ACTION

DEFENDANT ADVISED OF RIGHTS BEFORE PLEA
(JUDGE)                (DATE)
☐ ATTY.  ☐ PUB. DEFENDER  GUARDIAN

BOND: $500   SURETY: PS   ☐ CASH
REDUCTION   B.O.   APPEAL
ELECTION: ☐ COURT  ☐ JURY
ELECTION WITHDRAWN DATE   ☐ SEIZED PROPERTY

| COUNT NO. | PLEA DATE | PLEA | PLEA WITHDRAWN DATE | NEW PLEA | VERDICT FINDING | FINE | JAIL | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| 1 | 11/03/15 | NG | | | | | | |
| 2 | | | | | | | | |

| DATE | OTHER COURT ACTION | JUDGE | CONTINUANCES DATE | PURPOSE | REASON |
|---|---|---|---|---|---|
| 6/2/16 | RASUN | | | | |
| JUL 25 2016 | Surety bond called, stay to | Williams | 1. 7/25/16 | P | |
| 1-27-17 | Re-arrest ordered $100 cash | | 2. | | |
| | | | 3. | | |
| | | | 4. | | |
| | | | 5. | | |
| | | | 6. | | |
| | | | 7. | | |
| | | | 8. | | |
| | | | 9. | | |
| | | | 10. | | |

| FINE PAID | RECEIPT NO. | MITTIMUS DATE | TRIAL TOWN | ☐ SEE REVERSE SIDE |
|---|---|---|---|---|
| PROSECUTOR ON ORIGINAL DISPOSITION | REPORTER ON ORIGINAL DISPOSITION | SIGNED CLERK | SIGNED JUDGE | |

| ORIGINAL INFORMATION: | COURT DATE: | AT: | DISPOSITION DATE: | |
|---|---|---|---|---|
| YES | 06/13/2016 | GA10 - NEW LONDON | DOCKET NO.: K10K-CR15-0331252-S | |

The undersigned Prosecuting Authority of the Superior Court of the State of Connecticut charges that

VASQUEZ-MARTINEZ JESUS OMAR  

4 EAST BALTIC ST APT K, NORWICH, CT 06360

**Did commit the offenses recited below:**

Count: 1 LARCENY 6TH DEG   Type/Class: M/C   At: MASHANTUCKET
On or About: 09/14/2015   In Violation Of CGS/PA No: 53a-125b

Count: 2 FAILURE TO APPEAR 2ND DEG   Type/Class: M/A   At: NEW LONDON
On or About: 01/26/2016   In Violation Of CGS/PA No: 53a-173

SEE OTHER SHEETS FOR ADDITIONAL COUNTS

DATE | SIGNED (PROSECUTING AUTHORITY)

**COURT ACTION**

DEFENDANT ADVISED OF RIGHTS BEFORE PLEA (JUDGE) (DATE) | BOND $500 | SURETY PS X | CASH | ELECTION COURT / JURY
ATTY. / PUB. DEFENDER | GUARDIAN | REDUCTION | B.O. | APPEAL | ELECTION WITHDRAWN DATE / SEIZED PROPERTY

| COUNT NO. | PLEA DATE | PLEA | PLEA WITHDRAWN DATE | NEW PLEA | VERDICT FINDING | FINE | JAIL | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| 1 | 11/03/15 | NG | | | | | | |
| 2 | | | | | | | | |

| DATE | OTHER COURT ACTION | JUDGE | CONTINUANCES DATE | PURPOSE | REASON |
|---|---|---|---|---|---|
| 7/11/16 | Trans to GA-10 | Seeley | 1. 7/11/16 | BCL | |
| | | | 2. 7/25/16 | P | |
| | | | 3. | | |
| | | | 4. | | |
| | | | 5. | | |
| | | | 6. | | |
| | | | 7. | | |
| | | | 8. | | |
| | | | 9. | | |
| | | | 10. | | |

| FINE PAID | RECEIPT NO. | MITTIMUS DATE | | TRIAL TOWN | SEE REVERSE SIDE |
|---|---|---|---|---|---|
| PROSECUTOR ON ORIGINAL DISPOSITION | REPORTER ON ORIGINAL DISPOSITION | SIGNED CLERK | | SIGNED JUDGE | |

| UNIFORM ARREST REPORT JD-CR-21(1) | FOR SPBI USE ONLY | | | Re-current |
|---|---|---|---|---|
| NAME OF ACCUSED (LAST, FIRST MIDDLE)<br>VAZQUEZ-MARTINEZ, JESUS OMAR | SPBI USE ONLY | | | UAR: 7902932 |
| NO., STREET, CITY, STATE AND ZIP<br>4 EAST BALTIC ST APT. #: K<br>NOWRICH, CT 06360 | | | | COMPANION U.A.R. NO. |

| SEX | RACE | HISP. | DATE OF BIRTH | PLACE OF BIRTH | SS# | HT. | WT. | HAIR | EYES | DOCKET NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| M | W | ☒ YES | 05-08-1984 | PR | 597206656 | 510 | 170 | BLK | BRO | K10K CR15-0331252-S |

PHYSICAL CHARACTERISTICS (SMT)

| PHYSICAL DISABILITIES | RIGHT OR LEFT HANDED | TEETH |
|---|---|---|
| NONE | RIGHT | OWN |

| EMPLOYER | OCCUPATION |
|---|---|
| WILLIMANTIC, CT 06226 | UNEMPLOYED |

| MARITAL STATUS | NUMBER OF CHILDREN | EDUCATION |
|---|---|---|
| SINGLE | 3 | 12 |

| NATIONALITY | SKIN COMPLEXION |
|---|---|
| UNITED STATES | MED |

| ACCOMPLICES | PLACE ARRESTED |
|---|---|
| | WILLIMANTIC |

PHOTO AVAILABLE: X YES ___ NO

NAME AND ADDRESS OF RELATIVE OR PERSON TO BE NOTIFIED IN CASE OF EMERGENCY

PALM PRINTS AVAILABLE: ___ YES X NO

| ALIAS/MAIDEN NAME | ALIEN REG. NO. | OPERATOR'S LICENSE NO. (MV) | STATE | DATE AND TIME ARRESTED |
|---|---|---|---|---|
| VASQUEZ, JESUS | | | | 06-02-2016 0916 |

| X SURETY | AMOUNT OF BOND | CASH | COMMERCIAL/HAZ. MAT. | TOWN OF ARREST | TOWN OF OFFENSE |
|---|---|---|---|---|---|
| DETAINED | $500 | X OTHER | ___ CDL ___ CV ___ HM | 163 | |

| ARRESTING OFFICER | SHIELD NO. | SIGNATURE OF ACCUSED | SIGNED - OFFICIAL TAKING PRINTS |
|---|---|---|---|
| 324 | 324 | X | 324 Eric Dean |

| DEPARTMENT OR TROOP/ORI | MOT. VEH. | P.D. ID NO. | P.D. CASE NO. | NOTE AMP. |
|---|---|---|---|---|
| CT0016300 | REG. # | | 16-9936 | |

| REMARKS | F.V. | ALC. | NAR. | COURT DATE | S.P.B.I. NO. |
|---|---|---|---|---|---|
| | | | X | 6/13/16 | 1244207 |
| | G.A. NO. GA-11 | | | DATE FINGERPRINTED 06-02-2016 | F.B.I. NO. H6W3R49T4 |

| CHARGE(S) AND STATUTE NO. | DATE OF OFFENSE |
|---|---|
| 53a-173 FLR TO APPEAR 2 | 06-02-2016 |

**PRAWN ARREST WARRANT AND APPLICATION**
JD-CR-67 New 8-03 C.G.S. 54-1h, 54-2a Pr. Bk. 38-21(PRAWN V 4.0)

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

p. 1 of 1

NOTICE: The following is a printout of data from the paperless arrest warrant network's central computer system. In accordance with C.G.S. 54-2a(e), any person named in a warrant may be arrested based on the existence of the warrant in the computer system and shall, upon any such arrest, be given a copy of the warrant. The names that appear in the signature blocks are the names that appear on the original warrant.

| DOCKET NO. | U.A.R./SUMMONS/TICKET NO. | G.A. | HELD AT | | | | DATE WARRANT ORDERED |
|---|---|---|---|---|---|---|---|
| K10K-CR15-0331252-S | 2128544 | 10 | 112 Broad Street | | New London | | 01/26/2016 |
| NAME OF ACCUSED AND A.K.A. | | DATE OF BIRTH | RACE | SEX | DATE OF ORIGINAL ARREST | | P.D. CASE NO. |
| Vasquez-Martinez, Jesus  VAZQUEZ-MARTINEZ, OMAR | | 05/08/1984 | White | Male | 10/20/2015 | | 15-408-AR |
| LAST KNOWN ADDRESS OF ACCUSED | | | ARRESTING AGENCY NAME & CODE | | | | |
| 4 East Baltic Street Norwich, Ct 06360 | | | MASHANTUCKET | | | | |

The undersigned, being duly sworn, deposes and says:

1. The above-entitled Warrant/Summons/Ticket was served on the accused charging the commission of the following offenses, motor vehicle violation(s) or infraction(s), as more fully appears in said Warrant/Summons/Ticket, or any Substituted and/or Amended Information which is hereby incorporated by reference:

| STATUTE | DESCRIPTION | CLASS/TYPE |
|---|---|---|
| 53a-125b | LARCENY 6TH DEG | C/Misdemeanor |

2. The said accused was directed to appear in the above-entitled court for proceedings in said case.

3. The accused failed to appear on 1/26/2016 when legally called according to the terms of his/her bail bond or promise to appear.

4. The court ordered that a warrant be issued for the arrest of the accused for failure to appear and set the following conditions for release:
OTHER:

AMOUNT OF BOND: $500
TYPE OF BOND: Cash or Surety

5. As a result of paragraph #4 above, said accused, in addition to the underlying offenses set forth in paragraph #1, above, is now also charged with an additional count of: FAILURE TO APPEAR 2ND DEGREE/C.G.S. 53a-173

| SIGNED (Affiant) | DATE SIGNED | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) | SIGNED (Judge, Clerk, Comm. of Sup. Ct.) |
|---|---|---|---|
| Muckle Peggy | 01/28/2016 | | |

**APPLICATION**
Based upon the foregoing, the undersigned prosecuting authority makes application for the issuance of a warrant for the arrest of the accused.

| SIGNED (Deputy Assistant State's Attorney) | DATE SIGNED |
|---|---|
| Bustamante Rafael Isaias | 01/29/2016 |

**FINDING AND WARRANT**
The foregoing affidavit and Application for an arrest warrant having been submitted to and considered by the undersigned, the undersigned finds from said affidavit that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.
TO: Any proper officer of the State of Connecticut
BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to arrest the body of the within-named accused and execute this warrant according to law.

| SIGNED (A Judge of the Superior Court) | DATE SIGNED |
|---|---|
| Williams Omar Antonio Hon | 01/29/2016 |

**RETURN ON ARREST WARRANT**

STATE OF CONNECTICUT, COUNTY OF Windham ss.

DATE OF SERVICE 6/2/16

Then and there, by virtue of the within and foregoing complaint and warrant, I arrested the body of the within-named accused and read the same in the hearing of the accused, and said accused was released pursuant to the court ordered conditions or is here in court for examination.

ATTEST (Officer's signature and title, if applicable) #324 Detective

SHIELD NO. 324

DEPARTMENT WMTC

**INSTRUCTIONS UPON EXECUTION AND RETURN:**
Officer provides one copy to subject and returns one copy to clerk. CLERK ATTACHES COPY TO ORIGINAL WARRANT.

# RE-ARREST WARRANT AND APPLICATION
JD-CR-67 Rev. 2/09
C.G.S. §§ 54-1h, 54-2a, Pr. Bk. 38-21

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

*Instructions to Clerk: Obtain required signatures. Keep original in court file.*

p. 1 of ___

| Docket number | U.A.R./Summons/Ticket number | G.A. | Held at | Date warrant ordered |
|---|---|---|---|---|
| K10KCR150331252S | 02128544 | 10 | 112 BROAD STREET NEW LONDON | 01/26/2016 |

| Name of accused and A.K.A. | Date of birth | Race | Sex | Date of original arrest | P.D. case number |
|---|---|---|---|---|---|
| VASQUEZ-MARTINEZ JESUS aka VAZQUEZ- | 05/08/84 | C | M | 10/20/2015 | 15-408-AR |

| Last known address of accused | Arresting agency name and code |
|---|---|
| 4 EAST BALTIC STREET<br>NORWICH    CT    06360 | MASHANTUCKET PEQUOT TRIBAL POLICE |

The undersigned, being duly sworn, deposes and says:
1. The above-entitled Warrant/Summons/Ticket was served on the accused charging the commission of the following offenses, motor vehicle violation(s) or infraction(s), as more fully appears in said Warrant/Summons/Ticket, or any Substituted and/or Amended Information which is hereby incorporated by reference:

| Statute | Description | Class/Type |
|---|---|---|
| 53a-125b | LARCENY 6TH DEG | C  M |

2. The said accused was directed to appear in the above-entitled court for proceedings in said case.
3. The accused failed to appear on **01/26/2016** when legally called according to the terms of his/her bail bond or promise to appear.
4. The court ordered that a warrant be issued for the arrest of the accused for failure to appear and set the following conditions for release:
   Other:

   Amount of bond: $ **500**

   Type of bond: **Cash or Surety**

5. As a result of paragraph #4 above, said accused, in addition to the underlying offenses set forth in paragraph #1 above, is now charged with an additional count of: **FAILURE TO APPEAR 2ND DEGREE/C.G.S. 53a-173**

Signed (Affiant) [signature]   Date signed 1/28/16   Subscribed and sworn to before me on (Date) 1/28/16   Signed (Judge, Clerk, Commissioner of the Superior Court) [signature]

**Application**
Based upon the foregoing, the undersigned prosecuting authority makes application for the issuance of a warrant for the arrest of the accused.
Signed (Deputy Assistant State's Attorney) [signature]   Name of Prosecutor (Print) Bostwick   Date signed 1.29.16

**Finding and Warrant**
The foregoing affidavit and Application for an arrest warrant having been submitted to and considered by the undersigned, the undersigned finds from said affidavit that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the re-arrest of the above-named accused.
To: Any proper officer of the State of Connecticut
   By authority of the State of Connecticut, you are hereby commanded to arrest the body of the within-named accused and execute this warrant according to law.
Signed (A Judge of the Superior Court) [signature]   Name of Judge (Print) WILLIAMS   Date signed 1/29/16

## Return on Arrest Warrant

| State of Connecticut, county of ___ ss. | Date of service |
|---|---|

Then and there, by virtue of the within and foregoing complaint and warrant, I arrested the body of the within-named accused and read the same in the hearing of the accused; and said accused was released pursuant to the court ordered conditions or is here in court for examination.

| Attest (Officer's signature and title, if applicable) | Shield number | Department |
|---|---|---|

**Distribution:** Officer gives 1 copy to defendant and returns 2 copies to clerk. Clerk forwards 1 copy to prosecuting authority and keeps 1 copy in court file.

# INFORMATION
JD-CR-71 Rev. 8-10

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

| Police Case number | Agency name | Agency number |
|---|---|---|
| 15-536-OF  Ofc. P. Beckwith | Mashantucket Police Department | 590 |

Disposition date:

## Title, Allegation and Counts

| State of Connecticut vs. (Name of accused) | Residence (Town) of accused | Docket number |
|---|---|---|
| Vazquez-Martinez, Jesus O. | Norwich | CR15-33125J |

| Address | Date of birth | |
|---|---|---|
| 4 East Baltic St., Norwich, CT | 5/4/84 | The undersigned Prosecuting Authority of the Superior Court of the State of Connecticut charges that: |

| To be held at (Town) | Geographical area number | Court date |
|---|---|---|
| New London | 10 | |

**Count One** — Did commit the offense of:
**Larceny in the Sixth Degree**

| At (Town) | On or about (Date) | In violation of General Statute number |
|---|---|---|
| Mashantucket | 9/14/15 | 53a-125b |

Continued to / Purpose / Reason:
11-23-15 X Bcu
12/21/15 X
12/28/15 X
1/26/16 X

**Count Two** — Did commit the offense of:

**Count Three** — Did commit the offense of:

☐ See other sheet for additional counts     Date 10/13/15     Signed (Prosecuting Authority)

## Court Action

| Defendant advised of rights before plea (Judge) (Date) | Bond | Surety | ☐ 10% ☐ Cash | Election ☐ CT ☐ JY | (Date) NOV -3 2015 |
|---|---|---|---|---|---|
| ☐ Attorney  ☑ Public defender  Guardian  4/7996 | | Bond change | | Seized property inventory number | |

| Count | Plea date NOV -3 2015 | Plea | Plea withdrawn Date | New plea | Verdict finding | Fine | Remit | Additional disposition |
|---|---|---|---|---|---|---|---|---|
| 1 | NOV -3 2015 | pf ng | | | | $ | $ | |
| 2 | | | | | | $ | $ | |
| 3 | | | | | | $ | $ | |

Date NOV 23 2015 / JAN 26 2016

Public Defender Appt / Denied

Other Court Action: Wolf
2:38 p.m. No surety bond revoked. $500 c/s
Re-arrest ordered

Judge: Williams

| Receipt number | Cost ☐ IMP ☐ NCI | Bond information ☐ Bond forfeited  ☐ Forfeiture vacated  ☐ Forfeiture vacated and bond reinstated |
|---|---|---|

| Application fee - receipt number if paid | Circle one W I Q | Program fee - receipt number if paid | Circle one W I Q | Probation fee - receipt number if paid | Circle one W I Q |
|---|---|---|---|---|---|

| Prosecutor on original disposition | Reporter/monitor on original disposition | Signed (Clerk) | Signed (Judge) |
|---|---|---|---|

*This is page 1 of a 2 page Information*

| INFORMATION | STATE OF CONNECTICUT | Disposition date |
|---|---|---|
| JD-CR-71 Rev. 8-10 | **SUPERIOR COURT** | |
| Police Case number<br>**15-536-OF** Ofc. P. Beckwith | Agency name<br>**Mashantucket Police Department** | Agency number<br>**590** |

## Arrest Warrant

| Geographical area number | **10** | **State of Connecticut vs.   Vazquez-Martinez, Jesus O.** |
|---|---|---|

To: Any Proper Officer of the State of Connecticut
By Authority of the State of Connecticut, you are hereby commanded to arrest the body of the within-named accused. ("X" all that apply)

*[handwritten: HAS CNPT 10/20 @ GA10 (-9/19)]*

☐ A. Accused is ordered to be brought before a clerk or assistant clerk of the Superior Court.

☐ B. Accused is not entitled to bail.

If A, B or both are checked above, you shall without undue delay bring the arrested person before the clerk or assistant clerk of the Superior Court for the geographical area where the offense is alleged to have been committed, or if the clerk's office is not open, to a community correctional center within said geographical area, or the nearest community correctional center if no such center exists in the geographical area, or to the Correctional Institution, as the case may be.

☐ C. Bail set at _____.

☐ D. Non-financial conditions of release:

_____
_____

☑ E. Conditions of release not determined by court.

| By the Court | Signed (Judge of the Superior Court) | Date 10/15/15 | Name of Judge (Print or type) WILLIAMS |
|---|---|---|---|

Extradition boundaries established by prosecutor

## Return On Arrest Warrant

| Geographical area number | Town of New London | Date 10-20-15 | State of Connecticut |
|---|---|---|---|

Then and there, by virtue of the within and foregoing complaint and warrant, I arrested the body of the within-named accused and read the same in the hearing of said accused; and have said accused here in court for examination.

Attest (Officer's signature and Department)   *[signature]* Mashantucket

| Date | Other Court action | Judge |
|---|---|---|
| | | |

*This is page 2 of a 2 page Information*

| ARREST WARRANT APPLICATION | STATE OF CONNECTICUT | For Court Use Only |
|---|---|---|
| JD-CR-64b  Rev. 8-10<br>C.G.S. § 54-2a<br>Pr. Bk. Sec. 36-1, 36-2, 36-3 | SUPERIOR COURT<br>www.jud.ct.gov | Supporting Affidavits sealed<br>☐ Yes  ☐ No |

| Police Case number | Agency name | Agency number |
|---|---|---|
| 15-536-OF  Ofc. P. Beckwith | Mashantucket Police Department | 590 |

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical Area number |
|---|---|---|---|
| Vazquez-Martinez, Jesus O. | Norwich | New London | 10 |

## Application For Arrest Warrant

To: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the:  ☒ Affidavit Below.   ☐ Affidavit(s) Attached.

| Date | Signed (Prosecuting authority) | Type/print name of prosecuting authority |
|---|---|---|
| 10/13/15 | | KENNER |

## Affidavit

The undersigned affiant, being duly sworn, deposes and says:

1. This Affiant, Officer Peter A. Beckwith, is a regular, sworn member of the Mashantucket Pequot Tribal Police Department, having been so employed for the past two years and six months. Prior to this I was a sworn member of the New Haven Police Department for twenty-two years and during the course of my career there I was involved in numerous investigations. As a result, arrest warrants were effected and convictions were obtained.

2. On 9-15-15 I was dispatched to the Fox Tower security podium on a report of money missing from a pocketbook. I interviewed the complainant, Marie Dauphin-Jeanbaptiste, an employee of Foxwoods Resort Casino working in housekeeping. She stated she started work on 9-14-15 at 9:00 am and finished at 5:00 pm. She found her money was missing when she went to pay for gas while in Norwich at 6:00 pm.

3. Dauphin-Jeanbaptiste stated she had placed her pocketbook in her assigned locker, #979, with the money in a small bag. She stated she did not use the pad lock as she does not know how to operate one. The money taken was about three-hundred dollars consisting of $20, $10, $5 and $1 dollar bills. Dauphin-Jeanbaptiste stated no one else knew she had a large amount of money in her purse.

4. Security personnel were present during my interview and stated they would review video surveillance of the hallway where Dauphin-Jeanbaptiste locker was located. Later, I was sent to Fox Tower security command on a report that security had video of the person who took money from her employee locker. When I arrived security personnel were watching a video monitor and I could see a thin white male going through several employee lockers. I asked if this was video of Dauphin-Jeanbaptiste's incident and was told it was the same person but they were watching the male live as he was going through employee lockers now.

5. I went to the housekeeping hallway and the male in the video returned and he identified himself as Jesus O. Vazquez-Martinez and he was an employee of Foxwoods Resort Casino having worked here for three months. I told Vazquez-Martinez of what I had seen and he stated he was getting cigarettes from two friend's lockers. When I went to confirm this with the friends Vazquez-Martinez now admitted he was stealing from the lockers.

(This is page 1 of a 2 page Affidavit.)

| Date | Signed (Affiant) |
|---|---|
| 10-2-15 | Ofc. Peter A. Beckwith  64178 |
| Jurat | Subscribed and sworn to before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) |
| | 10-2-15 | |

## Finding

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| Date and Signature | Signed at (City or town) | On (Date) | Signed (Judge/Judge Trial Referee) | Name of Judge/Judge Trial Referee |
|---|---|---|---|---|
| | New London | 10/15/15 | | WILLIAMS |

**ARREST WARRANT APPLICATION**
JD-CR-64a Rev. 8-10
C.G.S. § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical Area number |
|---|---|---|---|
| Vazquez-Martinez, Jesus O. | Norwich | New London | 10 |

## Affidavit - Continued

6. I went back to security command and reviewed video surveillance from 9-14-15 and at 4:07:52 pm Vazquez-Martinez is seen going to an employee locker and opening the locker door but nothing is taken. At 4:39:06 pm Vazquez-Martinez goes into Dauphin-Jeanbaptiste's locker, #979, and he is seen putting his hand into Dauphin-Jeanbaptiste's purse and taking an item from the purse and then walking away from the employee lockers.

7. At MPTN-PD detention Vazquez-Martinez was being processed on his arrest on 9-15-15. After he was processed I asked him if he would talk to me about an incident I was investigating and he replied he would. Vazquez-Martinez was brought to the interview room. Vazquez-Martinez was read his constitutional rights from a MPTN-PD form and he waived his rights and agreed to talk to me and Vazquez-Martinez signed the form. I told Vazquez-Martinez I had watched the surveillance video from 9-14-15 and saw him going into Dauphin-Jeanbaptiste's locker and take an item from her purse. Vazquez-Martinez admitted to going into the locker and taking money from the purse. Vazquez-Martinez claims he never knew how much money he had taken but stated he gave the money to a male in Norwich who in return gave him six (6) bags of Heroin. A written statement of the incident was completed and Vazquez-Martinez signed the statement form.

8. Based upon this Affiants investigation and the facts stated in the aforementioned incident, it is evident that probable cause does exist that on September 14th, 2015, the crime of Larceny in the Sixth Degree was committed by Jesus O. Vazquez-Martinez.

9. This Affiant is requesting an arrest warrant be issued for Jesus O. Vazquez-Martinez for Larceny Sixth Degree, 53a-125b of the C.G.S.

*(This is page 2 of a 2 page Affidavit.)*

| Date | Signed (Affiant) |
|---|---|
| 10-2-15 | Ofc. Peter A. Becker #Q 44178 |

| Jurat | Subscribed and sworn to before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) |
|---|---|---|
| | 10-2-15 | |

| Reviewed (Prosecutorial Official) | Date | Reviewed (Judge/Judge Trial Referee) | Date |
|---|---|---|---|
| | 10/13/15 | | 10/15/15 |

**PRAWN ARREST WARRANT AND APPLICATION**
JD-CR-67 New 8-03 C.G.S. 54-1h, 54-2a Pr. Bk. 38-21(PRAWN V 4.0)

**STATE OF CONNECTICUT
SUPERIOR COURT**



p. 1 of 1

NOTICE: The following is a printout of data from the paperless arrest warrant network's central computer system. In accordance with C.G.S. 54-2a(e), any person named in a warrant may be arrested based on the existence of the warrant in the computer system and shall, upon any such arrest, be given a copy of the warrant. The names that appear in the signature blocks are the names that appear on the original warrant.

| DOCKET NO. | U.A.R./SUMMONS/TICKET NO. | G.A. | HELD AT | | | DATE WARRANT ORDERED |
|---|---|---|---|---|---|---|
| K10K-CR15-0331252-S | 2128544 | 10 | 112 Broad Street  New London | | | 07/25/2016 |
| NAME OF ACCUSED AND A.K.A. | | DATE OF BIRTH | RACE | SEX | DATE OF ORIGINAL ARREST | P.D. CASE NO. |
| Vasquez-Martinez, Jesus, Omar  VAZQUEZ-MARTINEZ, OMAR | | 05/08/1984 | White | Male | 10/20/2015 | 15-408-AR |
| LAST KNOWN ADDRESS OF ACCUSED | | | ARRESTING AGENCY NAME & CODE | | | |
| 4 East Baltic St Apt K Norwich, Ct 06360 | | | MASHANTUCKET | | | |

The undersigned, being duly sworn, deposes and says:

1. The above-entitled Warrant/Summons/Ticket was served on the accused charging the commission of the following offenses, motor vehicle violation(s) or infraction(s), as more fully appears in said Warrant/Summons/Ticket, or any Substituted and/or Amended Information which is hereby incorporated by reference:

| STATUTE | DESCRIPTION | CLASS/TYPE |
|---|---|---|
| 53a-125b | LARCENY 6TH DEG | C/Misdemeanor |
| 53a-173 | FAILURE TO APPEAR 2ND DEG | A/Misdemeanor |

2. The said accused was directed to appear in the above-entitled court for proceedings in said case.
3. The accused failed to appear on 7/25/2016 when legally called according to the terms of his/her bail bond or promise to appear.
4. The court ordered that a warrant be issued for the arrest of the accused for failure to appear and set the following conditions for release:
   OTHER:

   AMOUNT OF BOND: $100
   TYPE OF BOND: Cash ONLY

5. As a result of paragraph #4 above, said accused, in addition to the underlying offenses set forth in paragraph #1, above, is now also charged with an additional count of: FAILURE TO APPEAR 2ND DEGREE/C.G.S. 53a-173

| SIGNED (Affiant) | DATE SIGNED | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) | SIGNED (Judge, Clerk, Comm. of Sup. Ct.) |
|---|---|---|---|
| Muckle Peggy | 07/26/2016 | | |

| APPLICATION | Based upon the foregoing, the undersigned prosecuting authority makes application for the issuance of a warrant for the arrest of the accused. | |
|---|---|---|
| | SIGNED (Deputy Assistant State's Attorney) | DATE SIGNED |
| | Lesko Steven M | 07/29/2016 |

| FINDING AND WARRANT | The foregoing affidavit and Application for an arrest warrant having been submitted to and considered by the undersigned, the undersigned finds from said affidavit that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.  TO: Any proper officer of the State of Connecticut  BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to arrest the body of the within-named accused and execute this warrant according to law. | |
|---|---|---|
| | SIGNED (A Judge of the Superior Court) | DATE SIGNED |
| | Williams Omar Antonio Hon | 07/29/2016 |

**RETURN ON ARREST WARRANT**

| STATE OF CONNECTICUT, COUNTY OF  New London   ss. New London | DATE OF SERVICE  8/11/16 |
|---|---|

Then and there, by virtue of the within and foregoing complaint and warrant, I arrested the body of the within-named accused and read the same in the hearing of the accused; and said accused was released pursuant to the court ordered conditions or is here in court for examination.

| ATTEST (Officer's signature and title, if applicable) | SHIELD NO.  628 | DEPARTMENT  NLPD |
|---|---|---|

**INSTRUCTIONS UPON EXECUTION AND RETURN:**
Officer provides one copy to subject and returns one copy to clerk. CLERK ATTACHES COPY TO ORIGINAL WARRANT.

CR16-157866
CR16-158277
CR15-331252
CR15-330919

| | | |
|---|---|---|
| STATE OF CONNECTICUT | : | SUPERIOR COURT |
| V. | : | G.A.11 AT DANIELSON |
| JESUS VASQUEZ-MARTINEZ | : | DECEMBER 16, 2016 |

MOTION TO MODIFY BOND

Pursuant to Practice Book §38-14, the Defendant respectfully moves this court for a reduction of bond pending trial. The Defendant requests that bond be reduced to a promise to appear with a condition that he participates in residential programming at The Wellmore/Morris Therapeutic program. Programming is available through the Jail Re-interview Program.

RESPECTFULLY SUBMITTED
THE DEFENDANT

By _____
His Attorney
Matthew Davis
Sr. Asst. Public Defender
120 School Street
Danielson, CT 06239
(860)779-8560

CERTIFICATION

I hereby certify that a copy of the foregoing Motion was hand delivered to the Office of the State's Attorney for Windham, and the Bail Commissioner's Office at 120 School Street, Danielson, Connecticut, on December 16, 2016.

_____
Matthew Davis

O R D E R

The foregoing Motion, having been heard, it is hereby

    ORDERED:

    GRANTED/DENIED

BY THE COURT (          ,J)

_____
Judge/Asst. Clerk

DEC 19 2016

# State of Connecticut



JUDICIAL BRANCH
COURT SUPPORT SERVICES DIVISION
ROBERT E. VANCOUR, BAIL COMMISSIONER
JAIL RE-INTERVIEW PROGRAM
Telephone: (860) 447-5124     Fax: (860) 447-5139

December 16, 2016

Superior Court GA11
Danielson, Connecticut

VIA EMAIL

Reference:        Jesus Vazquez-Martinez
Referred by:      Attorney Matthew Davis
Docket #:         W11D-CR15-0158277-S
Next Court Date:  December 19, 2016

The Wellmore/Morris Therapeutic Shelter will have a bed for Jesus Vazques-Martinez on Monday, December 19, 2016. Transportation is provided by the program. The contact number is #203-574-1419. Please call the case as early as possible.

*Robert E. Vancour*
Robert E. Vancour
Bail Commissioner
Jail Re-Interview Program

c-IAR Amy Brennan, IAR Celeste Willard
   Attorney Matthew Davis
   PDSW Leah Ralls
   Eboyne Jackson, Wellmore

*An Equal Opportunity/Affirmative Action Employer*

# ORDER OF PROBATION
JD-CR-66 Rev. 3-17
C.G.S. §§ 18-78, 53a-29, 53a-30, 53a-31, 53a-32, 53a-33, 54-260

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov




**Instructions to Clerk**
1. One form per docket number (Use for original Order of Probation only, not for Violation of Probation/Revocation/Modification/Termination or Extension).
2. Original and one copy to CSSD Adult Probation - Attach copy of Information Sheet.
3. One copy in court file.

**TO: The Defendant named below**

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

| From (Judicial district or Geographical area number) | At (Town) | Judge ordering probation | Docket number |
|---|---|---|---|
| GA#11 | DANIELSON | FISCHER | W11DCR15-221221 ~~221221~~ 2-331252 |

| Name of defendant | Date sentenced |
|---|---|
| JESUS OMAR VASQUEZ-MARTINEZ | 09/06/2017 |

| Count | Statute Number | Sentence | Probation | Term |
|---|---|---|---|---|
| 1 | 53a-125b | UNCONDITIONAL DISCHARGE | | ☐ Consecutive To Count: ___  ☐ Concurrent |
| 2 | 53a-173 | 1 YEAR EX.SUSP. | 2 YEARS | ☐ Consecutive To Count: ___  ☐ Concurrent |
| 3 | 53a-173 | 1 YEAR EX.SUSP. CONSECUTIVE | 2 YEARS | ☒ Consecutive To Count: 2  ☐ Concurrent |
| 4 | | | | ☐ Consecutive To Count: ___  ☐ Concurrent |

☐ See attached sheet(s) for additional counts.

## Order of Probation

| This docket number's total effective sentence | Probation begins immediately upon sentencing unless the defendant is sentenced to a period of incarceration, in which case, probation begins on the day that the defendant is released from incarceration. |
|---|---|
| 2 YEARS EX.SUSP. 2 YEARS PROBATION | |

Note if Consecutive/Concurrent to any other sentence and, if so, list docket numbers

---

You are sentenced to incarceration, with the execution of that sentence suspended (put on hold) after the length of time listed above (if any). You are also placed on probation, under the supervision of Court Support Services Division, Adult Probation, for the length of time listed above. The court orders the following conditions of probation:

1. Adult Probation will give you a written list of conditions for your probation. You must follow those written conditions and any instructions that Adult Probation gives you about those conditions.

2. You must also follow the following conditions if they apply to you:
   a. If you are incarcerated before your probation begins, you must contact the probation office by phone on the first business day after your release from incarceration unless a probation officer told you, during your pre-release interview, to report to Adult Probation in person. If Adult Probation told you to report in person, you must go to the Adult Probation office in person on the first business day after your release from incarceration.
   b. If you have been convicted of any of the crimes listed below, you must immediately tell your probation officer whenever you move or change your address and anytime you change your name:
      • Injury or risk of injury to, or impairing the morals of, children (General Statutes § 53-21);
      • Sexual assault in the first degree (General Statutes § 53a-70);
      • Aggravated sexual assault in the first degree (General Statutes § 53a-70a);
      • Sexual assault in a spousal or cohabitating relationship (General Statutes § 53a-70b);
      • Sexual assault in the second degree (General Statutes § 53a-71);
      • Sexual assault in the third degree (General Statutes § 53a-72); or
      • Sexual assault in the third degree with a firearm (General Statutes § 53a-72b).
   c. If Adult Probation tells you to take part in a residential sex offender treatment program that is on the grounds of a Department of Correction facility, and that program location cannot be used for an unexpected reason, you can be held in a Department of Correction facility (prison) for a reasonable length of time until Adult Probation can find a different treatment option for you.

3. You must also follow the conditions listed below, and any other conditions that your probation officer gives to you during your probation.

**Additional Court Ordered Conditions:**
1) TREATMENT AND COUNSELLING AS PER ADULT PROBATION INCLUDING RANDOM URINES.
2) RESTITUTION FOR ANY VERIFIABLE LOSSES PER ADULT PROBATION.
3) 20 HOURS OF COMMUNITY SERVICE.

☒ See attached sheet(s) for additional conditions/orders.     *See see Notice to Defendant on the back of this form.

| Signed (Clerk) | By Order of the Court | Date signed |
|---|---|---|
| Heidi Garneau | | 09/06/2017 |

Distribution: Original and Copy 1 - CSSD Probation    Copy 2 - Court File

*[Page contains a sideways-oriented Uniform Arrest Report form (JD-CR-21 Rev. 10/08) with handwritten entries that are largely illegible. Visible printed field labels include: NAME OF ACCUSED, NO., STREET, CITY AND STATE, SEX, RACE, HISP., DATE OF BIRTH, PLACE OF BIRTH, SOCIAL SECURITY NO., FPC, HT., WT., HAIR, EYES, ALIAS/MAIDEN NAME, ALIEN REG. NO., OPERATOR'S LICENSE NO. (MV/BBoat), STATE, DATE AND TIME ARRESTED, SURETY, DETAINED, AMOUNT OF BOND, CASH, OTHER, CDL, CV, COMMERCIAL/HAZ MAT., TOWN OF ARREST, TOWN OF OFFENSE, CHARGE(S) AND STATUTE NO., DATE/TIME OF OFFENSE, F.V., ALC., NAR., HM, COURT DATE, S.P.B.I. NO., ARRESTING OFFICER, SHIELD NO., SIGNATURE OF ACCUSED, G.A. NO., DATE FINGERPRINTED, F.B.I. NO., DEPARTMENT OR TROOP(ORI), MOT. VEH. YES, BOAT YES, REG. #, P.D. ID NO., P.D. CASE NO., SIGNED - OFFICIAL TAKING PRINTS, NOTE AMP. Title at right: UNIFORM ARREST REPORT, JD-CR-21 Rev. 10/08. Numbers visible: 212854, COMPANION U.A.R. NO. Footer: COURT ORIGINAL.]*